IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Maria Conceicao Silva, | NO. C 09-05768 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Jason Head, PLC, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on May 10, 2010. On March 3, 2010, the Clerk entered default against Defendants. (See Docket Item Nos. 10-11.) In light of the entry of default, the Court finds good cause to vacate the Case Management Conference as unnecessary at this time.

Accordingly, the Court VACATES the Case Management Conference. On or before **June 4, 2010**, Plaintiff shall file her Motion for Default Judgment, in accordance with the Civil Local Rules.

Dated: May 5, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fred W. Schwinn fred.schwinn@sjconsumerlaw.com

| | |
|---|---|
| **Dated:  May 5, 2010** | **Richard W. Wieking, Clerk** |
| | **By:     /s/ JW Chambers**<br>        **Elizabeth Garcia**<br>        **Courtroom Deputy** |

**United States District Court**
For the Northern District of California