1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA CONCEICAO SILVA, ) | Case No.: 09-CV-05768-LHK |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING ON |
| ) | PLAINTIFF'S MOTION FOR DEFAULT |
| v. ) | JUDGMENT |
| ) | |
| JASON HEAD, PLC, a Virginia professional ) | |
| limited liability company; and JASON ) | |
| MATTHEW HEAD, individually and in his ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Maria Conceicao Silva requested that this Court decide her motion for default judgment without oral argument. Dkt. No. 13, at 2. Defendants have neither appeared in this case nor filed any response to the motion. Pursuant to Civ. L.R. 7-1(b), the Court deems this motion suitable for decision without oral argument. Accordingly, the Court vacates the hearing set for November 4, 2010 at 1:30 P.M. on this matter. A written order will be issued by the Court.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05768-LHK
ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT